# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

PABLO ITURRALDE HERNANDEZ,

    Petitioner,

vs.                                              Case No. 4:13cv641-RH/CAS

ERIC HOLDER, JR., et al.,

    Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, initiated this case by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on October 24, 2013, in the Middle District of Florida. Doc. 1. The petition was transferred to this Court in late November 2013. Doc. 6. Service of the petition was directed, doc. 13, and re-directed in a recent Amended Service Order, doc. 18.

Petitioner alleged having entered immigration custody on April 24, 2013, and "has remained in ICE custody continuously since that date." Doc. 1 at 2. Petitioner alleged that the order of removal was entered on October 28, 1992, by an Immigration Judge "pursuant to § 212(a)(9) of the INA." Doc. 1 at 2. Petitioner is a native and

citizen of Cuba, but arrived in the United States on May 11, 1980.[1]  Doc. 1 at 3.

Petitioner claimed that he "has cooperated fully with all efforts by ICE to remove Petitioner from the United States to Cuba."  *Id.*  However, Petitioner asserts it "is not significantly likely" that Respondents can remove him in the reasonably foreseeable future.  *Id.* at 5.  Petitioner seeks release from his "indefinite detention" under Zadvydas v. Davis, 533 U.S. 678 (2001).  *Id.*

Respondents have filed a motion to dismiss the petition, doc. 23, advising that Petitioner was released from detention on January 17, 2014.  Because Petitioner's request for relief was an Order directing his release from custody, the instant petition is now moot.  *Id.* at 3.

In light of Petitioner's release from detention, there is no judicial remedy left and this case should be dismissed as moot.  The Clerk of Court will be directed to provide a copy of this report and recommendation to Petitioner at the forwarding address provided by Respondents.  *See* doc. 23 at 4.

**ORDER**

Accordingly, it is **ORDERED** that the Clerk of Court shall send a copy of this Report and Recommendation to Petitioner at the address provided by Respondents: 5825 W 25 CT, Hialeah, Florida 33016.  Doc. 11 at 4.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 23, be **GRANTED,** that all pending motions for immediate release, docs.

---

[1] Considering the date Petitioner asserts he arrived in this country, it is likely that he was admitted as part of the "Mariel Cubans."

11 and 12, be **DENIED as moot**, and the petition for writ of habeas corpus, doc. 1, be **DISMISSED as moot**.

    **IN CHAMBERS** at Tallahassee, Florida, on February 12, 2014.


    S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**